# EXHIBIT C

Customer Account Activity Statement
Loan # 708 - 02609441943
MARCIUS

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $154,218.94 | -$2,838.63 | $0.00 | $46.69 | $40.00 | Beginning Totals/Balances |
| 02/17/11 | | | | | | | | | -$20.00 | $154,218.94 | -$2,838.63 | $0.00 | $46.69 | $60.00 | Property Preservation |
| 03/02/11 | | | | | | | | | -$487.50 | $154,218.94 | -$2,838.63 | $0.00 | $46.69 | $547.50 | Attorney Fees |
| 03/02/11 | | | | | | | | | -$330.00 | $154,218.94 | -$2,838.63 | $0.00 | $46.69 | $877.50 | Process Service Fee |
| 03/02/11 | | | | | | | | | -$11.08 | $154,218.94 | -$2,838.63 | $0.00 | $46.69 | $888.58 | Certified Mail Costs |
| 03/02/11 | | | | | | | | | -$325.00 | $154,218.94 | -$2,838.63 | $0.00 | $46.69 | $1,213.58 | Title Policy |
| 03/04/11 | | | | | | -$62.54 | | | | $154,218.94 | -$2,901.17 | $0.00 | $46.69 | $1,213.58 | Mortgage Insurance Disb. |
| 03/16/11 | | | | | | | | | -$20.00 | $154,218.94 | -$2,901.17 | $0.00 | $46.69 | $1,233.58 | Property Preservation |
| 04/04/11 | | | | | | -$62.54 | | | | $154,218.94 | -$2,963.71 | $0.00 | $46.69 | $1,233.58 | Mortgage Insurance Disb. |
| 04/13/11 | | | | | | | | | -$20.00 | $154,218.94 | -$2,963.71 | $0.00 | $46.69 | $1,253.58 | Property Preservation |
| 04/18/11 | | | | | | | | -$46.69 | | $154,218.94 | -$2,963.71 | $0.00 | $93.38 | $1,253.58 | Late Charge Assessment |
| 05/04/11 | | | | | | -$62.54 | | | | $154,218.94 | -$3,026.25 | $0.00 | $93.38 | $1,253.58 | Mortgage Insurance Disb. |
| 05/24/11 | | | | | | | | | -$20.00 | $154,218.94 | -$3,026.25 | $0.00 | $93.38 | $1,273.58 | Property Preservation |
| 06/03/11 | | | | | | -$62.54 | | | | $154,218.94 | -$3,088.79 | $0.00 | $93.38 | $1,273.58 | Mortgage Insurance Disb. |
| 06/13/11 | | | | | | | | | -$487.50 | $154,218.94 | -$3,088.79 | $0.00 | $93.38 | $1,761.08 | Attorney Fees |
| 06/13/11 | | | | | | | | | -$226.00 | $154,218.94 | -$3,088.79 | $0.00 | $93.38 | $1,987.08 | Process Service Fee |
| 06/13/11 | | | | | | | | | -$11.58 | $154,218.94 | -$3,088.79 | $0.00 | $93.38 | $1,998.66 | Certified Mail Costs |
| 06/13/11 | | | | | | | | | -$75.00 | $154,218.94 | -$3,088.79 | $0.00 | $93.38 | $2,073.66 | Title Policy |
| 06/14/11 | | | | | | | | | -$20.00 | $154,218.94 | -$3,088.79 | $0.00 | $93.38 | $2,093.66 | Property Preservation |
| 06/16/11 | | | | | | | | -$46.69 | | $154,218.94 | -$3,088.79 | $0.00 | $140.07 | $2,093.66 | Late Charge Assessment |
| 06/17/11 | | | | | | -$790.00 | | | | $154,218.94 | -$3,878.79 | $0.00 | $140.07 | $2,093.66 | Homeowners Insurance Paid |
| 07/04/11 | | | | | | -$61.52 | | | | $154,218.94 | -$3,940.31 | $0.00 | $140.07 | $2,093.66 | Mortgage Insurance Disb. |
| 07/18/11 | | | | | | | | -$45.10 | | $154,218.94 | -$3,940.31 | $0.00 | $185.17 | $2,093.66 | Late Charge Assessment |
| 07/19/11 | | | | | | | | | -$20.00 | $154,218.94 | -$3,940.31 | $0.00 | $185.17 | $2,113.66 | Property Preservation |
| 08/04/11 | | | | | | -$61.52 | | | | $154,218.94 | -$4,001.83 | $0.00 | $185.17 | $2,113.66 | Mortgage Insurance Disb. |
| 08/22/11 | | | | | | | | | -$20.00 | $154,218.94 | -$4,001.83 | $0.00 | $185.17 | $2,133.66 | Property Preservation |
| 09/02/11 | | | | | | -$61.52 | | | | $154,218.94 | -$4,063.35 | $0.00 | $185.17 | $2,133.66 | Mortgage Insurance Disb. |
| 09/08/11 | | | | | | | | | -$487.50 | $154,218.94 | -$4,063.35 | $0.00 | $185.17 | $2,621.16 | Attorney Fees |
| 09/08/11 | | | | | | | | | -$330.00 | $154,218.94 | -$4,063.35 | $0.00 | $185.17 | $2,951.16 | Process Service Fee |
| 09/08/11 | | | | | | | | | -$11.58 | $154,218.94 | -$4,063.35 | $0.00 | $185.17 | $2,962.74 | Certified Mail Costs |
| 09/08/11 | | | | | | | | | -$75.00 | $154,218.94 | -$4,063.35 | $0.00 | $185.17 | $3,037.74 | Title Policy |
| 09/16/11 | | | | | | | | -$45.10 | | $154,218.94 | -$4,063.35 | $0.00 | $230.27 | $3,037.74 | Late Charge Assessment |
| 09/21/11 | | | | | | | | | -$20.00 | $154,218.94 | -$4,063.35 | $0.00 | $230.27 | $3,057.74 | Property Preservation |
| 10/03/11 | | | | | | -$61.52 | | | | $154,218.94 | -$4,124.87 | $0.00 | $230.27 | $3,057.74 | Mortgage Insurance Disb. |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

## Customer Account Activity Statement
## Loan # 708 - 0260941943
### MARCIUS

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/11 | | | | | | | | | -$487.50 | $154,218.94 | -$4,124.87 | $0.00 | $230.27 | $3,545.24 | Attorney Fees |
| 10/04/11 | | | | | | | | | -$261.00 | $154,218.94 | -$4,124.87 | $0.00 | $230.27 | $3,806.24 | Process Service Fee |
| 10/04/11 | | | | | | | | | -$11.58 | $154,218.94 | -$4,124.87 | $0.00 | $230.27 | $3,817.82 | Certified Mail Costs |
| 10/04/11 | | | | | | | | | -$75.00 | $154,218.94 | -$4,124.87 | $0.00 | $230.27 | $3,892.82 | Title Policy |
| 10/06/11 | | | | | | -$1,820.44 | | | | $154,218.94 | -$5,945.31 | $0.00 | $230.27 | $3,892.82 | County Taxes Paid |
| 10/17/11 | | | | | | | | -$45.10 | | $154,218.94 | -$5,945.31 | $0.00 | $275.37 | $3,892.82 | Late Charge Assessment |
| 10/18/11 | | | | | | | | | -$20.00 | $154,218.94 | -$5,945.31 | $0.00 | $275.37 | $3,912.82 | Property Preservation |
| 11/04/11 | | | | | | -$61.52 | | | | $154,218.94 | -$6,006.83 | $0.00 | $275.37 | $3,912.82 | Mortgage Insurance Disb. |
| 11/16/11 | | | | | | | | -$45.10 | | $154,218.94 | -$6,006.83 | $0.00 | $320.47 | $3,912.82 | Late Charge Assessment |
| 11/23/11 | | | | | | | | | -$20.00 | $154,218.94 | -$6,006.83 | $0.00 | $320.47 | $3,932.82 | Property Preservation |
| 11/29/11 | | | | | | | | | -$300.00 | $154,218.94 | -$6,006.83 | $0.00 | $320.47 | $4,232.82 | Appraisal |
| 12/02/11 | | | | | | -$61.52 | | | | $154,218.94 | -$6,068.35 | $0.00 | $320.47 | $4,232.82 | Mortgage Insurance Disb. |
| 12/16/11 | | | | | | | | -$45.10 | | $154,218.94 | -$6,068.35 | $0.00 | $365.57 | $4,232.82 | Late Charge Assessment |
| 12/20/11 | | | | | | | | | -$487.50 | $154,218.94 | -$6,068.35 | $0.00 | $365.57 | $4,720.32 | Attorney Fees |
| 12/20/11 | | | | | | | | | -$290.00 | $154,218.94 | -$6,068.35 | $0.00 | $365.57 | $5,010.32 | Process Service Fee |
| 12/20/11 | | | | | | | | | -$11.58 | $154,218.94 | -$6,068.35 | $0.00 | $365.57 | $5,021.90 | Certified Mail Costs |
| 12/20/11 | | | | | | | | | -$75.00 | $154,218.94 | -$6,068.35 | $0.00 | $365.57 | $5,096.90 | Title Policy |
| 12/27/11 | | | | | | | | | -$20.00 | $154,218.94 | -$6,068.35 | $0.00 | $365.57 | $5,116.90 | Property Preservation |
| 01/04/12 | | | | | | -$61.52 | | | | $154,218.94 | -$6,129.87 | $0.00 | $365.57 | $5,116.90 | Mortgage Insurance Disb. |
| 01/17/12 | | | | | | | | -$45.10 | | $154,218.94 | -$6,129.87 | $0.00 | $410.67 | $5,116.90 | Late Charge Assessment |
| 01/18/12 | | | | | | | | | -$20.00 | $154,218.94 | -$6,129.87 | $0.00 | $410.67 | $5,136.90 | Property Preservation |
| 02/03/12 | | | | | | -$61.52 | | | | $154,218.94 | -$6,191.39 | $0.00 | $410.67 | $5,136.90 | Mortgage Insurance Disb. |
| 02/15/12 | | | | | | | | | -$487.50 | $154,218.94 | -$6,191.39 | $0.00 | $410.67 | $5,624.40 | Attorney Fees |
| 02/15/12 | | | | | | | | | -$250.00 | $154,218.94 | -$6,191.39 | $0.00 | $410.67 | $5,874.40 | Process Service Fee |
| 02/15/12 | | | | | | | | | -$11.58 | $154,218.94 | -$6,191.39 | $0.00 | $410.67 | $5,885.98 | Certified Mail Costs |
| 02/15/12 | | | | | | | | | -$75.00 | $154,218.94 | -$6,191.39 | $0.00 | $410.67 | $5,960.98 | Title Policy |
| 02/16/12 | | | | | | | | -$45.10 | | $154,218.94 | -$6,191.39 | $0.00 | $455.77 | $5,960.98 | Late Charge Assessment |
| 02/23/12 | | | | | | | | | -$15.00 | $154,218.94 | -$6,191.39 | $0.00 | $455.77 | $5,975.98 | Property Preservation |
| 03/02/12 | | | | | | -$61.52 | | | | $154,218.94 | -$6,252.91 | $0.00 | $455.77 | $5,975.98 | Mortgage Insurance Disb. |
| 03/16/12 | | | | | | | | -$45.10 | | $154,218.94 | -$6,252.91 | $0.00 | $500.87 | $5,975.98 | Late Charge Assessment |
| 03/30/12 | | | | | | | | | -$15.00 | $154,218.94 | -$6,252.91 | $0.00 | $500.87 | $5,990.98 | Property Preservation |
| 04/04/12 | | | | | | -$61.52 | | | | $154,218.94 | -$6,314.43 | $0.00 | $500.87 | $5,990.98 | Mortgage Insurance Disb. |
| 04/16/12 | | | | | | | | -$45.10 | | $154,218.94 | -$6,314.43 | $0.00 | $545.97 | $5,990.98 | Late Charge Assessment |
| 04/17/12 | | | | | | | | | -$487.50 | $154,218.94 | -$6,314.43 | $0.00 | $545.97 | $6,478.48 | Attorney Fees |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

**Customer Account Activity Statement**
**Loan # 708 - 0260941943**
**MARCIUS**

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/12 | | | | | | | | | -$210.00 | $154,218.94 | -$6,314.43 | $0.00 | $545.97 | $6,688.48 | Process Service Fee |
| 04/17/12 | | | | | | | | | -$11.60 | $154,218.94 | -$6,314.43 | $0.00 | $545.97 | $6,700.08 | Certified Mail Costs |
| 04/17/12 | | | | | | | | | -$75.00 | $154,218.94 | -$6,314.43 | $0.00 | $545.97 | $6,775.08 | Title Policy |
| 04/25/12 | | | | | | | | | -$15.00 | $154,218.94 | -$6,314.43 | $0.00 | $545.97 | $6,790.08 | Property Preservation |
| 05/04/12 | | | | | | -$61.52 | | | | $154,218.94 | -$6,375.95 | $0.00 | $545.97 | $6,790.08 | Mortgage Insurance Disb. |
| 06/03/12 | | | | | | -$61.52 | | | | $154,218.94 | -$6,437.47 | $0.00 | $545.97 | $6,790.08 | Mortgage Insurance Disb. |
| 06/21/12 | | | | | | | | | -$487.50 | $154,218.94 | -$6,437.47 | $0.00 | $545.97 | $7,277.58 | Attorney Fees |
| 06/21/12 | | | | | | | | | -$260.00 | $154,218.94 | -$6,437.47 | $0.00 | $545.97 | $7,537.58 | Process Service Fee |
| 06/21/12 | | | | | | | | | -$11.36 | $154,218.94 | -$6,437.47 | $0.00 | $545.97 | $7,548.94 | Certified Mail Costs |
| 06/21/12 | | | | | | | | | -$75.00 | $154,218.94 | -$6,437.47 | $0.00 | $545.97 | $7,623.94 | Title Policy |
| 06/22/12 | | | | | | -$890.00 | | | | $154,218.94 | -$7,327.47 | $0.00 | $545.97 | $7,623.94 | Homeowners Insurance Paid |
| 07/04/12 | | | | | | -$60.46 | | | | $154,218.94 | -$7,387.93 | $0.00 | $545.97 | $7,623.94 | Mortgage Insurance Disb. |
| 07/18/12 | | | | | | | | -$45.10 | | $154,218.94 | -$7,387.93 | $0.00 | $591.07 | $7,623.94 | Late Charge Assessment |
| 07/17/12 | | | | | | | | | -$15.00 | $154,218.94 | -$7,387.93 | $0.00 | $591.07 | $7,638.94 | Property Preservation |
| 08/03/12 | | | | | | -$60.46 | | | | $154,218.94 | -$7,448.39 | $0.00 | $591.07 | $7,638.94 | Mortgage Insurance Disb. |
| 08/16/12 | | | | | | | | -$45.10 | | $154,218.94 | -$7,448.39 | $0.00 | $636.17 | $7,638.94 | Late Charge Assessment |
| 08/21/12 | | | | | | | | | -$15.00 | $154,218.94 | -$7,448.39 | $0.00 | $636.17 | $7,653.94 | Property Preservation |
| 09/03/12 | | | | | | -$60.46 | | | | $154,218.94 | -$7,508.85 | $0.00 | $636.17 | $7,653.94 | Mortgage Insurance Disb. |
| 09/27/12 | | | | | | -$1,823.88 | | | | $154,218.94 | -$9,332.73 | $0.00 | $636.17 | $7,653.94 | County Taxes Paid |
| 10/04/12 | | | | | | -$60.46 | | | | $154,218.94 | -$9,393.19 | $0.00 | $636.17 | $7,653.94 | Mortgage Insurance Disb. |
| 10/17/12 | | | | | | | | | -$15.00 | $154,218.94 | -$9,393.19 | $0.00 | $636.17 | $7,668.94 | Property Preservation |
| 10/30/12 | | | | | | | | | -$250.00 | $154,218.94 | -$9,393.19 | $0.00 | $636.17 | $7,918.94 | Process Service Fee |
| 10/30/12 | | | | | | | | | -$10.00 | $154,218.94 | -$9,393.19 | $0.00 | $636.17 | $7,928.94 | Title and Tax |
| 10/30/12 | | | | | | | | | -$75.00 | $154,218.94 | -$9,393.19 | $0.00 | $636.17 | $8,003.94 | Title Policy |
| 11/02/12 | | | | | | -$60.46 | | | | $154,218.94 | -$9,453.65 | $0.00 | $636.17 | $8,003.94 | Mortgage Insurance Disb. |
| 11/05/12 | | | | | | | | | -$262.00 | $154,218.94 | -$9,453.65 | $0.00 | $636.17 | $8,265.94 | Process Service Fee |
| 11/05/12 | | | | | | | | | -$75.00 | $154,218.94 | -$9,453.65 | $0.00 | $636.17 | $8,340.94 | Title Policy |
| 12/03/12 | | | | | | | | | -$15.00 | $154,218.94 | -$9,453.65 | $0.00 | $636.17 | $8,355.94 | Property Preservation |
| 12/03/12 | | | | | | -$60.46 | | | | $154,218.94 | -$9,514.11 | $0.00 | $636.17 | $8,355.94 | Mortgage Insurance Disb. |
| 12/11/12 | | | | | | | | | -$330.00 | $154,218.94 | -$9,514.11 | $0.00 | $636.17 | $8,685.94 | Process Service Fee |
| 12/11/12 | | | | | | | | | -$10.00 | $154,218.94 | -$9,514.11 | $0.00 | $636.17 | $8,695.94 | Title and Tax |
| 12/11/12 | | | | | | | | | -$75.00 | $154,218.94 | -$9,514.11 | $0.00 | $636.17 | $8,770.94 | Title Policy |
| 01/04/13 | | | | | | -$60.46 | | | | $154,218.94 | -$9,574.57 | $0.00 | $636.17 | $8,770.94 | Mortgage Insurance Disb. |
| 01/07/13 | 01/05/13 | | $1,000.00 | | | | $1,000.00 | | | $154,218.94 | -$9,574.57 | $1,000.00 | $636.17 | $8,770.94 | |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

**Customer Account Activity Statement**
**Loan # 708 - 0260941943**
**MARCIUS**

v1.04

| Date Received | Effective Date | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Corporate Advance Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/13 | 01/05/13 | | $160.26 | | | | $160.26 | | | $154,218.94 | -$9,574.57 | $1,160.26 | $636.17 | $8,770.94 | |
| 01/09/13 | 01/05/13 | Mar-10 | | $193.46 | $942.58 | $251.51 | -$1,087.55 | | | $154,025.48 | -$9,323.06 | $72.71 | $636.17 | $8,770.94 | |
| 01/17/13 | | | | | | | | | -$10.00 | $154,025.48 | -$9,323.06 | $72.71 | $636.17 | $8,780.94 | Title and Tax |
| 01/17/13 | | | | | | | | | -$75.00 | $154,025.48 | -$9,323.06 | $72.71 | $636.17 | $8,855.94 | Title Policy |
| 02/03/13 | | | | | | -$60.46 | | | | $154,025.48 | -$9,383.52 | $72.71 | $636.17 | $8,855.94 | Mortgage Insurance Disb. |
| 02/04/13 | 02/04/13 | | $160.26 | | | | $160.26 | | | $154,025.48 | -$9,383.52 | $232.97 | $636.17 | $8,855.94 | |
| 02/04/13 | 02/04/13 | | $1,000.00 | | | | $1,000.00 | | | $154,025.48 | -$9,383.52 | $1,232.97 | $636.17 | $8,855.94 | |
| 02/04/13 | 02/04/13 | Apr-10 | | $194.27 | $641.77 | $251.51 | -$1,087.55 | | | $153,831.21 | -$9,132.01 | $145.42 | $636.17 | $8,855.94 | |
| 03/03/13 | | | | | | -$60.46 | | | | $153,831.21 | -$9,192.47 | $145.42 | $636.17 | $8,855.94 | Mortgage Insurance Disb. |
| 03/06/13 | 03/05/13 | | $1,000.00 | | | | $1,000.00 | | | $153,831.21 | -$9,192.47 | $1,145.42 | $636.17 | $8,855.94 | |
| 03/06/13 | 03/05/13 | | $160.26 | | | | $160.26 | | | $153,831.21 | -$9,192.47 | $1,305.68 | $636.17 | $8,855.94 | |
| 03/06/13 | 03/05/13 | May-10 | | $195.08 | $640.96 | $251.51 | -$1,087.55 | | | $153,636.13 | -$8,940.96 | $218.13 | $636.17 | $8,855.94 | |
| 03/29/13 | | | | | | | -$218.13 | | | $153,636.13 | -$8,940.96 | $0.00 | $636.17 | $8,855.94 | Misapplication Rev - Long |
| 04/04/13 | | | | | | -$60.46 | | | | $153,636.13 | -$9,001.42 | $0.00 | $636.17 | $8,855.94 | Mortgage Insurance Disb. |
| 04/15/13 | | | | | | | | | -$15.00 | $153,636.13 | -$9,001.42 | $0.00 | $636.17 | $8,870.94 | Property Preservation |
| 05/03/13 | | | | | | -$60.46 | | | | $153,636.13 | -$9,061.88 | $0.00 | $636.17 | $8,870.94 | Mortgage Insurance Disb. |
| 06/15/13 | | | | | | | | | -$15.00 | $153,636.13 | -$9,061.88 | $0.00 | $636.17 | $8,885.94 | Property Preservation |
| 06/03/13 | | | | | | -$60.46 | | | | $153,636.13 | -$9,122.34 | $0.00 | $636.17 | $8,885.94 | Mortgage Insurance Disb. |
| 06/10/13 | | | | | | | | | -$300.00 | $153,636.13 | -$9,122.34 | $0.00 | $636.17 | $9,185.94 | Publication of Sale |
| 06/10/13 | | | | | | | | | -$75.00 | $153,636.13 | -$9,122.34 | $0.00 | $636.17 | $9,260.94 | Title Policy |
| 06/14/13 | | | | | | -$1,000.00 | | | | $153,636.13 | -$10,122.34 | $0.00 | $636.17 | $9,260.94 | Homeowners Insurance Paid |
| 07/03/13 | | | | | | | | | -$487.50 | $153,636.13 | -$10,122.34 | $0.00 | $636.17 | $9,748.44 | Attorney Fees |
| 07/03/13 | | | | | | | | | -$75.00 | $153,636.13 | -$10,122.34 | $0.00 | $636.17 | $9,823.44 | Title Policy |
| 07/04/13 | | | | | | -$59.34 | | | | $153,636.13 | -$10,181.68 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |
| 08/02/13 | | | | | | -$59.34 | | | | $153,636.13 | -$10,241.02 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |
| 09/04/13 | | | | | | -$59.34 | | | | $153,636.13 | -$10,300.36 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |
| 09/06/13 | | | | | | -$1,503.87 | | | | $153,636.13 | -$11,804.23 | $0.00 | $636.17 | $9,823.44 | County Taxes Paid |
| 10/04/13 | | | | | | -$59.34 | | | | $153,636.13 | -$11,863.57 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |
| 11/03/13 | | | | | | -$59.34 | | | | $153,636.13 | -$11,922.91 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |
| 12/04/13 | | | | | | -$59.34 | | | | $153,636.13 | -$11,982.25 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |
| 01/03/14 | | | | | | -$59.34 | | | | $153,636.13 | -$12,041.59 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |
| 02/03/14 | | | | | | -$59.34 | | | | $153,636.13 | -$12,100.93 | $0.00 | $636.17 | $9,823.44 | Mortgage Insurance Disb. |

This manually prepared Customer Account Activity Statement is prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.