# EXHIBIT D

WELLS FARGO HOME MORTGAGE
RETURN MAIL SERVICES
PO BOX 10368
DES MOINES IA 50306-0368



02/14/14

1AT       02171/014036/004367 0052   2 AGRA9QHP012 708

LOUNNA MARCIUS
JOSNY MARCELLUS
833 LANGLEY VIEW COURT
LOGANVILLE, GA  30052-8709

### Account Information

| | |
|---|---|
| Fax: | 1-866-590-8910 |
| Telephone: | 1-800-416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 AM - 10 PM; |
| | Sat, 8 AM - 2 PM; CT |
| Loan number: | 0260941943 |
| Property address: | 833 Langley View Ct |
| | Loganville GA 30052 |

Subject: A new specialist dedicated to helping you

Dear Lounna Marcius & Josny Marcellus:

I'd like to take this opportunity to introduce myself. My name is Daniel Minor and I'm writing to let you know that going forward, I will be your new Wells Fargo Home Mortgage home preservation specialist.

Previously, another specialist was assisting you, and now I'll serve as your dedicated home preservation specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with.  Just let me know, and I'll be happy to put you in touch with my manager.

How to send documents to me
You have the option to send information to me either by fax or by our secured website.
- By fax: 1-866-590-8910, please include your loan number, primary number, secondary number and the date on all documents you send.
- By website: wellsfargo.com/modification, please include your loan number, primary number, secondary number and the date on all documents you send.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me at the number listed below, with any questions you may have along the way.

I'm pleased to have this opportunity to help you, and look forward to working with you.

Sincerely,

*Daniel Minor*

Daniel Minor



WFM307C

HP012 708



| Account Information | |
|---|---|
| Loan number: | 0260941943 |
| Property address: | 833 Langley View Ct<br>Loganville GA 30052 |

Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-855-664-8477
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

We may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please note: this letter is being sent in response to your request for assistance. In order to assist you with this request, we must be able to contact you. Therefore, any previous request to cease communication with you has been waived for these purposes. If this is incorrect, please contact us immediately.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N. A. © 2014 Wells Fargo Bank, N. A. All rights reserved. NMLSR ID 399801

