# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Lounna Marcius
*Plaintiff(s)*

v.

Wells Fargo Bank NA
*Defendant(s)*

Civil Action No.

**1:14-CV-0881**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Wells Fargo Bank NA / Home Mortgage
C/O Registered Agent:
40 Technology Parkway South, Suite #300
Norcross, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lounna Marcius
833 Langley View Ct
Loganville, GA 30052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: 27 MAR 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

)
)
Lounna Marcius )
*Plaintiff(s)* )
)
v. )  Civil Action No.
)
Aldridge Connors, LLP )  **1:14-CV-0881**
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aldridge Connors, LLP
15 Piedmont Center
3575 Piedmont Road N.E, Suite 500
Atlanta, GA 30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lounna Marcius
833 Langley View Ct
Loganville, Ga. 30052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 27 MAR 2014

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

)
Lounna Marcius )
_____ )
Plaintiff(s) )
)
v. ) Civil Action No. 1:14-CV-0881
)
Buckhead Mortgage Associates )
Inc AKA Buckhead Home Loans )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Buckhead Mortgage Associates, Incorporated
AKA Buckhead Home Loans
1455 Old Alabama Rd Ste 195-A
Roswell, GA 30076-2166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lounna Marcius
633 Langley View Ct
Loganville, Ga 30052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: 27 MAR 2014                                                     _____
                                                                       Signature of Clerk or Deputy Clerk